**DAVID M.C. PETERSON**
California Bar No. 254498
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone:     (619) 234-8467
Facsimile:     (619) 687-2666
Email:         David_Peterson@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LOUISA S. PORTER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ2214 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| FERNANDO HERNANDEZ-MONTIEL, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: July 24, 2008
                              */s/ DAVID M. C. PETERSON*
                              DAVID M.C. PETERSON
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Defendant
                              David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information

and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  July 24, 2008                           /s/ DAVID M. C. PETERSON
                                                DAVID M.C. PETERSON
                                                Federal Defenders of San Diego, Inc.
                                                225 Broadway, Suite 900
                                                San Diego, CA  92101-5030
                                                (619) 234-8467  (tel)
                                                (619) 687-2666  (fax)
                                                David_Peterson@fd.org (email)